# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| JOHN PETROPOULOS, ET AL., | § | |
| | § | |
| *Plaintiffs,* | § | Civil Action No. 4:23-cv-00500 |
| v. | § | Judge Mazzant/Judge Davis |
| | § | |
| SAFECO INSURANCE COMPANY OF | § | |
| INDIANA, | § | |
| | § | |
| *Defendant.* | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 12, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #30) that Plaintiffs John and Shannan Petropoulos's Motion to Vacate the Appraisal Award (Dkt. #23) be denied and Defendant Safeco Insurance Company of Indiana's Motion for Summary Judgment (Dkt. #25) be granted. On February 25, 2026, the Plaintiffs filed Objections (Dkt. #31) to the Report.

The Court has conducted a *de novo* review of the Objections and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the Objections are without merit as to the ultimate findings of the Magistrate Judge. Accordingly, the Objections (Dkt. #31) are **OVERRULED** and the Magistrate Judge's Report is **ADOPTED** as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiffs Petropouloses's Motion to Vacate the Appraisal Award (Dkt. #23) is hereby **DENIED**.

It is **FURTHER ORDERED** that Defendant Safeco Insurance Company of Indiana's Motion for Summary Judgment is hereby **GRANTED** and the Petropouloses's claims against Defendant Safeco Insurance Company of Indiana are **DISMISSED WITH PREJUDICE**.

All relief not previously granted is **DENIED,** and the Clerk is directed to **CLOSE** this action.

**IT IS SO ORDERED**.

 **SIGNED this 6th day of March, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE